UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DWAYNE E. BICE, | ) | CASE NO. 1:09 CV 2034 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This action was summarily dismissed on October 29, 2009. On December 8, 2009, Petitioner filed a Motion for Reconsideration. The Motion does not set forth grounds which alter the Court's conclusion that Habeas Corpus is not the appropriate vehicle to challenge Petitioner's conditions of confinement. The Motion for Reconsideration is therefore denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

IT IS SO ORDERED.

                                            s/Christopher A. Boyko
                                            CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

                                            April 13, 2010